# DECLARATION OF CHARLES D. HAMBY III

STATE OF ALASKA           )
                          ) ss.
FOURTH JUDICIAL DISTRICT  )

Charles D. Hamby, III, upon oath states as follows:

1. I am the Intellectual Property Director for GIAC. In this capacity I am authorized to act on behalf of GIAC on matters involving the infringement of GIAC's copyrighted works. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of of GIAC's request for issuance of a Subpoena to Interserver Inc. ("Interserver"), pursuant to the The Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §512(h)(the "DMCA subpoena"), to identify an alleged infringer (or infringers) who posted GIAC certification examination question for sale on the certkillers.net website.

3. On November 19th, 2019 I became aware, via a Google search, of the website certkillers.net. A review of this website showed that it claimed to be offering "braindumps" of, among other things, GIAC certification

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jit@cplawak.com

examinations. "Braindumps" is a term of art commonly understood in the information technology community to mean a list of certification questions and answers that have been stolen from an actual exam by a test taker.

4. Further review of the GIAC material offered on the certkillers.net website showed that the site specifically claimed to offer actual exam questions for sale for the GIAC Advanced Smartphone Forensics ("GASF") certification. Attached hereto as Exhibit 1 is a true and correct copy of the web page from the certkillers.net website dated November 19th, 2019 showing this claim.

5. Based on the claim made on this page I downloaded the sample PDF file offered in order to compare it against the GASF questions in the GIAC Exam Management System ("EMS") database, which houses all GIAC certification exam questions. A review showed that all ten questions provided by certkillers.net were from the GAIC EMS database.

6. On November 19th, 2019 I submitted on behalf of GIAC, via the e-mail address provided on the Interserver website (abuse@interserver.net) information identifying the Infringing Content and providing the information

required by 17 U.S.C. §512(c)(3)(A). Attached hereto as Exhibit 2 is a true and correct copy of the notice submitted to abuse@interserver.net. I received no reply to this e-mail and the website remained up.

7. On January 7th, 2020 I submitted on behalf of GIAC, via certified mail via the address provided on the Interserver website (110 Meadowlands Parkway, 1st Floor, Secaucus New Jersey 07094) information identifying the Infringing Content and providing the information required by 17 U.S.C. §512(c)(3)(A). Attached hereto as Exhibit 3 is a true and correct copy of the notice submitted to Interserver via Certified mail as well as a copy of the certified mail receipt.

8. The purpose for which this subpoena is sought is to obtain the identity of an alleged infringer. Such information will only be used for the purpose of protecting rights under 17 USC §512.

//
//
//
//
//

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jit@cplawak.com

FURTHER AFFIANT SAYETH NAUGHT.

DATED at Fairbanks, Alaska, this 20th day of January, 2020.

_____
Charles D. Hamby III

SWORN AND SUBSCRIBED TO before me this 20th day of January, 2020.

_____
Notary Public in and for Alaska
My Commission Expires: 4/29/2023

STATE OF ALASKA
NOTARY PUBLIC
Rebecca L. Lapointe

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

DECLARATION OF CHARLES D. HAMBY III
Page 4 of 4    LCH/5761-3/Hamby Declaration Interserver